**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 16-1170**

———————

PATRICIA FLANIGAN,

        Plaintiff – Appellant,

     v.

FAYETTEVILLE STATE UNIVERSITY,

        Defendant - Appellee.

———————

**No. 16-1171**

———————

PATRICIA GRIFFIETH FLANIGAN,

        Plaintiff – Appellant,

     v.

FAYETTEVILLE STATE UNIVERSITY,

        Defendant - Appellee.

———————

Appeals from the United States District Court for the Eastern District of North Carolina, at Raleigh. Louise W. Flanagan, District Judge. (5:15-cv-00448-FL; 5:15-cv-00527-FL)

———————

Submitted: August 24, 2016     Decided: September 13, 2016

———————

Before THACKER and HARRIS, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

---

Kirk J. Angel, ANGEL LAW FIRM, PLLC, Concord, North Carolina, for Appellant.  Roy Cooper, North Carolina Attorney General, Stephanie A. Brennan, Special Deputy Attorney General, Raleigh, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Patricia Griffieth Flanigan appeals the district court's order granting Fayetteville State University's motions to dismiss her harassment and retaliation claims, brought pursuant to Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e to 2000e-17 (2012). We have considered the parties' arguments and discern no reversible error. Accordingly, we affirm the district court's judgment. Flanigan v. Fayetteville State Univ., Nos. 5:15-cv-00448-FL, 5:15-cv-00527-FL (E.D.N.C. Jan. 19, 2016). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED